IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **1:15-cv-00148-JLK**

**DANIEL RODRIGUEZ,**

    Plaintiff,

v.

**SOUTHWEST MOTORS, INC.,**

    Defendant.

## ORDER OF DISMISSAL

Kane, J.

In light of the Notice of Voluntary Dismissal (Doc. 11), filed November 3, 2015, it is

**ORDERED** that this case is **DISMISSED WITH PREJUDICE**, the parties to bear their own costs and attorney fees.

Dated:  November 3, 2015

                                      BY THE COURT:

                                      *s/John L. Kane*
                                      JOHN L. KANE, SENIOR JUDGE
                                      UNITED STATES DISTRICT COURT